Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ELSA FLORES DIAZ and EDWIN MEDRANO CACERES, for themselves and on behalf of their minor children E.M.F., V.M.F., B.M.F., and H.M.F.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PARTNERSHIP, INC.<br><br>Defendant. | No. 1:21-cv-03661-ELR<br>Jury Trial Demanded |

## Stipulated Facts – Pretrial Order Attachment E

1. This case was originally filed on September 2, 2021, alleging violations of the federal Fair Housing Act and Georgia state law.

2. Plaintiffs (the "Diaz family") allege claims of premises liability, racial discrimination (as it relates to Plaintiff's violation of the Fair Housing Act claim), punitive damages, and attorneys' fees.

1

3. The Diaz family consists of Elsa Flores Diaz, her husband Edwin Medrano Caceres, and their four minor children: E.M.F., V.M.F., B.M.F., and H.M.F.

4. Plaintiffs are Honduran immigrants paroled into the United States by the United States Government in 2016 as asylum applicants.

5. The Diaz family fled threats of violence in their home country Honduras and entered the United States through Mexico.

6. After living in another apartment complex in Atlanta for three years after entering the United States, the Diaz family moved to Seven Courts Apartments, located at 2800 Martin Luther King Drive, Atlanta, Georgia, 30311, on November 1, 2019.

7. The lease the Diaz family signed when they moved to Seven Courts identifies the defendant, The Partnership, Inc. ("TPI"), as the company authorized to manage the apartment community and the company authorized to receive notices or lawsuits. The lease was signed by T. Wynn on behalf of the apartment complex.

8. At all times relevant to this case, the main on-the-ground property manager at Seven Courts was T. Latoya Wynn, who typically

went by "Toya." Her assistant manager was Magdala ("Maggie") Fontaine. Ms. Wynn reported directly to TPI area manager Roderick Harris. Depending on the time period, Mr. Harris either reported to regional manager Bonnie Gaynor or, after she left TPI, directly to TPI's Executive Vice President and Chief Operating Officer, Hugh Jacobs. Mr. Jacobs is the most senior person at TPI with direct responsibility for the on-the-ground conditions at Seven Courts.

9. In addition to her role as manager of Seven Courts, Ms. Wynn was one of three board members of one of the corporations that owns Seven Courts.

10. Seven Courts Apartments is in a high-crime neighborhood.

11. Plaintiffs contend that they were the subject of two previous home invasion attempts before the July 21, 2021, armed robbery described further below. Once in late 2020, when a man allegedly broke down the door but ran away, and once when they thought an intruder tried to force his way in through Plaintiffs' windows.

12. During the Diaz Family's tenancy, TPI employed two different security companies at different times: Holt Security (owned by Horace Holt) and Hickey Security (owned by Kenneth Hickey).

13. TPI hired Mr. Holt to provide security services at Seven Courts Apartments starting June 1, 2019.

14. On November 1, 2020, Hickey Security replaced Holt Security at Seven Courts. Initially, the Hickey Security contract was for services provided by the company's "Security Division," including an armed guard for 36 hours/wk.

15. On May 1, 2021, Seven Courts' contract for services from Hickey Security's "Security Division" ended.

16. The Diaz family was robbed at gunpoint and their home was burglarized on the night of July 21, 2021.

17. As the Diaz family was walking into the apartment, an unkown assailant came behind Sr. Caceres, pointing a gun against the back of his head, and entered the apartment. The four Diaz family children hid in the closet and the oldest daughter, V.M.F., called the police while the burglary took place.

18. When the police arrived, the assailant had already fled, and he was never identified.

19. When this robbery took place, security cameras were being installed on the property, but they were not yet active.

20. When this robbery took place, the lights outside of the Diaz Family's apartment were not working, and the area was dark.

21. Plaintiffs moved out of Seven Courts Apartments in the days following this incident.

22. Plaintiffs also allege anti-Latino discrimination throughout their stay at Seven Courts Apartments by Ms. Wynn, primarily with respect to the Diaz family children's access to the Seven Courts playground.

23. The four Diaz family children are fluent in English. The partents, Sra. Diaz and Sr. Caceres, speak Spanish as their first language.

Respectfully submitted this 7th day of June, 2023.

**THE BLOCK FIRM LLC**

*/s/ Aaron K. Block*
Aaron K. Block
Georgia Bar No. 508192
Andrea Perry Block
Georgia Bar No. 531027
Max Marks
Georgia Bar No. 477397
The Block Firm LLC
309 East Paces Ferry Road
Suite 400
404-997-8419
aaron@blockfirmllc.com
andrea@blockfirmllc.com
max.marks@blockfirmllc.com

*Counsel for Plaintiffs*


*/s/ Jeffrey W. Melcher*
DICKINSON WRIGHT PLLC
Jeffrey W. Melcher
Georgia Bar No. 501180
424 Church Street, Ste. 800
Nashville, TN 37219
(615) 244-6538
jmelcher@dickinsonwright.com

FREEMAN MATHIS & GARY, LLP
Elissa B. Haynes
Georgia Bar No. 804466
P. Michael Freed
Georgia Bar No. 061128
100 Galleria Parkway, Ste. 1600
Atlanta, GA 30339

(770) 818-0000
elissa.haynes@fmglaw.com
michael.freed@fmglaw.com

*Attorneys for Defendant*

## CERTIFICATE OF TYPE STYLE AND SIZE

I hereby certify that the style and size of type used in the foregoing document is Century Schoolbook 13 point.

*/s/ Aaron K. Block*
Aaron K. Block
