# Attachment F-1

## Attachment F-1 – Plaintiffs' Witness List

**Will Call**

| Name | Address |
|---|---|
| Elsa Flores Diaz | May be contacted through Plaintiffs' counsel. |
| Edwin Medrano Caceres | May be contacted through Plaintiffs' counsel. |
| E.M.F. | May be contacted through Plaintiffs' counsel. |
| V.M.F. | May be contacted through Plaintiffs' counsel. |
| Anique Whitmore, LPC<br>Ms. Whitmore is anticipated to testify regarding the psychological effects of TPI's discrimination and unsafe security practices on Plaintiffs. | May be contacted through Plaintiffs' counsel. |
| Horace Holt | 2336 Englewood Drive, East Point, GA 30344 |
| Kenneth Hickey | 2847 Veteran Memorial Hwy #962, Austell, GA 30168 |
| Rodrick Harris | To be contacted through TPI's counsel. |
| Hugh Jacobs | To be contacted through TPI's counsel. |

**May Call**

| Name | Address |
|---|---|
| B.M.F. | May be contacted through Plaintiffs' counsel. |
| H.M.F. | May be contacted through Plaintiffs' counsel. |
| John Corbett | To be contacted through TPI's counsel. |

| Latoya Wynn | 2342 Hackamore Drive, College Park, GA 30349 |
|---|---|
| Rafael Lenz | To be contacted through TPI's counsel. |
| Erik Zamora | To be contacted through TPI's counsel. |
| Maggie Fontaine | Address TBD |
| Records custodian for the City of Atlanta | Address TBD |
| Records custodian for the Atlanta Police Department | Address TBD |
| Records custodian for the Atlanta Journal Constitution | Address TBD |