Attachment F-2

# ATTACHMENT F-2 – DEFENDANT'S WITNESS LIST

| Name | Address |
| --- | --- |
| Latoya Wynn | 2342 Hackamore Dr., College Part, GA 30349 |
| Hugh Jacobs | May be contacted through TPI's counsel |
| Bruce Jacobs | May be contacted through TPI's counsel |
| John Corbett | May be contacted through TPI's counsel |
| Kenneth Hickey | 2847 Veteran Memorial Hwy, #962, Austell, GA 30168 |
| Rodrick Harris | May be contacted through TPI's counsel |
| Maggie Fontaine | Address TBD |

Respectfully submitted this 7th day of June 2023.

*/s/ Jeffrey W. Melcher*
DICKINSON WRIGHT PLLC
Jeffrey W. Melcher
Georgia Bar No. 501180
424 Church Street, Ste. 800
Nashville, TN 37219
(615) 244-6538
jmelcher@dickinsonwright.com

FREEMAN MATHIS & GARY, LLP
Elissa B. Haynes
Georgia Bar No. 804466
P. Michael Freed
Georgia Bar No. 061128
100 Galleria Parkway, Ste. 1600
Atlanta, GA 30339
(770) 818-0000
elissa.haynes@fmglaw.com
michael.freed@fmglaw.com

*Attorneys for Defendant*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), undersigned counsel certifies that the foregoing was prepared in Times New Roman, 14 point font, in compliance with Local Rule 5.1(C).

*/s/ Jeffrey W. Melcher*
Georgia Bar No. 501180
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 7th day of June, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

By: */s/ Jeffrey W. Melcher*
Georgia Bar No. 501180