Attachment G-1

**Attachment G-1 – Plaintiffs' Exhibit List**

| Exhibit Number | Description |
|---|---|
| 1 | Hugh Jacobs LinkedIn Profile (Hugh Jacobs Dep. Ex. 1) |
| 2 | TPI Property Management Mission Overview and Capabilities (Hugh Jacobs Dep. Ex. 2) |
| 3 | Seven Courts Apartments Webpage (Hugh Jacobs Dep. Ex. 3) |
| 4 | Search new PPP small business loan data from the SBA - Washington Post (Hugh Jacobs Dep. Ex. 4), |
| 5 | Management Agreement (Hugh Jacobs Dep. Ex. 5), Seven Courts 21326306 |
| 6 | Assignment and Assumption Agreement (Hugh Jacobs Dep. Ex. 6), |
| 7 | Ownership Organizational Structure (Hugh Jacobs Dep. Ex. 7), TPI00052 |
| 8 | Financial Statements and Independent Auditor's Report (Hugh Jacobs Dep. Ex. 8), TPI009234-TPI009253 |
| 9 | Form 990: Return of Organization Exempt from Income Tax (Hugh Jacobs Dep. Ex. 9) |
| 10 | Emails with Latoya Wynn (Hugh Jacobs Dep. Ex. 10), TPI012231 |
| 11 | Emails with Bonnie Gayner and Marco Capraro and Norma Padilla; APD notification of criminal misconduct involving narcotics (Hugh Jacobs Dep. Ex. 11), TPI012864-TPI012869 |
| 12 | Email from Amara Hubbard to Toya Wynn (Hugh Jacobs Dep. Ex. 12), TPI014174 |
| 13 | Emails with Rafael Lenz; Jamie Williamson; Bonnie Gayner; Rodrick Harris about hiring security guards (Hugh Jacobs Dep. Ex. 13), TPI013259- TPI013261 |
| 14 | Email containing Financials for August 2021 (Hugh Jacobs Dep. Ex. 15), TPI005105 |
| 15 | Texts from Horace/Holt Security with images of Seven Courts (Hugh Jacobs Dep. Ex. 16), TPI009445 |

| 16 | Emails between Erik Zamora & Rodrick Harris & Jamie Williamson about cash availability to pay Holt Security (Hugh Jacobs Dep. Ex. 17), TPI002455-TPI002456 |
|----|---|
| 17 | Texts from Horace/ Holt Security (Hugh Jacobs Dep. Ex. 18), TPI009415- TPI009416 |
| 18 | Double Shooting Incident Report 04/06/19 (R. Harris Dep. Ex. 1), TPI01956, TPI01958 |
| 19 | Holt Security, LLC Services Agreement dated 05/13/2019 (R. Harris Dep. Ex. 3), TPI00041-TPI00043 |
| 20 | Emails with Crime Prevention Plan Doc (R. Harris Dep. Ex. 4), TPl004367- TPl004385 |
| 21 | Email from Holt 06/19/2019; Re: Report for June 18 (R. Harris Dep. Ex. 5), TPI001826 |
| 22 | Email from Holt 07/19/2019; Re: Report for July 17/18 (R. Harris Dep. Ex. 6), TPI001763 |
| 23 | APD Offense Report 10/17/2019 (R. Harris Dep. Ex. 7) |
| 24 | Email from Holt detailing drug dealing report and invoice 12/31/2019 (R. Harris Dep. Ex. 8) |
| 25 | Emails with Holt about lease violation for illegal activities for drugs (R. Harris Dep. Ex. 9), TPI004312 |
| 26 | Emails with Holt about unit issue 03/10/2020 (R. Harris Dep. Ex. 10) |
| 27 | Emails with Holt about Toya involvement in drug activity 03/15/2020 (R. Harris Dep. Ex. 11), TPI004341 |
| 28 | Emails with Bonnie Gayner, Horace Holt and Rodrick Harris dated 03/31/2020 (R. Harris Dep. Ex. 12), TPl004179, TPI004180 |
| 29 | Email from Holt; Duty Report 04/14/2020 (R. Harris Dep. Ex. 13), TPI001608 |
| 30 | Email from Holt; Report 04/13/2020 about Toya's daughter (R. Harris Dep. Ex. 14), TPI004151-TPI004157 |
| 31 | Email response from Harris to Holt regarding Report 04/13/2020 about Toya's daughter (R. Harris Dep. Ex. 15) |

| 32 | Email from H. Holt about illegal activity during overnight hours dated 05/20/2020  (R. Harris Dep. Ex. 16), TPI003983 |
|----|---|
| 33 | Email from B. Gayner re: Invoice Holt Security (R. Harris Dep. Ex. 17), TPI003987 |
| 34 | Email from Holt; Re: Report from 05/29/2020 (R. Harris Dep. Ex. 18), TPI003977 |
| 35 | Email from B. Gayner re: H. Holt meeting with R. Harris and T. Wynn  06/01/2020 (R. Harris Dep. Ex. 19), TPI003942 |
| 36 | Email from H. Holt; Re: Report from 06/06/2020 (R. Harris Dep. Ex. 20), TPI003989 |
| 37 | Email from Holt; Re: Report from 06/80/2020 (R. Harris Dep. Ex. 21) |
| 38 | 06/18/2020 Email from H. Holt with overnight/early morning incidences list (R. Harris Dep. Ex. 22), TPI003929-TPI003930 |
| 39 | 06/22/2020 Email from Toya with 12-month period APD log (R. Harris Dep. Ex. 23), TPI001083, TPI001085 |
| 40 | 07/20/2020 Email from Holt about Toya's sister reporting party (R. Harris Dep. Ex. 24), TPI003939 |
| 41 | 07/02/2020 Email from Holt report from 7/14/20 (R. Harris Dep. Ex. 25), TPI001412 |
| 42 | Email from Holt reporting and requesting more officers on 07/18/2020 (R. Harris Dep. Ex. 26), TPI001678 |
| 43 | APD Incident Report 07/25/2020 (R. Harris Dep. Ex. 27) |
| 44 | Email from Holt; Re: Report from 07/25/2020 (R. Harris Dep. Ex. 28), TPI001351 |
| 45 | Email from Holt Re: Incident Report 07/26/2020 (R. Harris Dep. Ex. 29) |
| 46 | Email from Holt Re: Report 07/28/2020 (R. Harris Dep. Ex. 30), TPI001361 |
| 47 | Emailing containing new contract; Holt Security, LLC Services Agreement dated 07/28/2020 (R. Harris Dep. Ex. 31) |
| 48 | Email from Holt Re: Report from 08/03/2020 (R. Harris Dep. Ex. 32), TPI001470 |

| 49 | 08/04/2020 Email from Holt requesting more officers following car break in attempts (R. Harris Dep. Ex. 33), TPI003563-TPI003564 |
|----|------------------------------------------------------------------|
| 50 | Email from Holt follow up from 08/03/2020 (R. Harris Dep. Ex. 34), TPI003512 |
| 51 | Email from Holt 08/04/2020 requesting extended hours (R. Harris Dep. Ex. 35), TPI003567- TPI003568 |
| 52 | 08/09/2020 Email from Holt listing units with illegal activities (R. Harris Dep. Ex. 36), TPI003395 |
| 53 | Email from Holt Re: Report from 08/11/20 (R. Harris Dep. Ex. 37), TPI001292 |
| 54 | 08/30/2020 Email from Holt includes that seven court is behind 3 payments (R. Harris Dep. Ex. 38), TPI003361 |
| 55 | APD Incident Report 10/13/2020 (R. Harris Dep. Ex. 39) |
| 56 | 10/01/2020 Email containing Holt Termination Notice (R. Harris Dep. Ex. 40), TPI003763, TPI003765 |
| 57 | 11/06/2020 Email containing Hickey Security Contract (R. Harris Dep. Ex. 41), TPI003098 |
| 58 | Email with Hickey Criminal Trespass Warning 11/05/2020 (R. Harris Dep. Ex. 42), TPI003287, TPI003289, TPI003290 |
| 59 | Email containing Property Incident Report 11/12/2020 (R. Harris Dep. Ex. 43), TPI003095-TPI003097 |
| 60 | 12/18/2020 Email from Hickey asking to change Saturday schedule to 7pm to 3am (R. Harris Dep. Ex. 44), TPI002932, TPI002933 |
| 61 | 01/04/2021 Email with MTW Data Benchmarks (R. Harris Dep. Ex. 45), TP1002892, TP1002893, TP1002895 |
| 62 | 03/16/2020 Email to Toya from resident; complaint about threats (R. Harris Dep. Ex. 46), TPI002850 |
| 63 | 01/19/2021 Email from Holt to Harris (R. Harris Dep. Ex. 47), TPI002838 |
| 64 | Email from Hickey; Contractual Agreement Termination signed 03/01/2021 (R. Harris Dep. Ex. 48), TP1002798, TP1002799, TP1002801 |

| | |
|---|---|
| 65 | 03/23/2021 Email from EyeQ Monitoring with Quote (R. Harris Dep. Ex. 49), TPI002642- TPI002644, TPI002654 |
| 66 | 04/14/2021 Email from EyeQ Monitoring with Quote (R. Harris Dep. Ex. 50), TPI002615-TPI002617, TPI002619- TPI002626 |
| 67 | Emails between Block Firm and Jeff to schedule Diaz family depositions; Jeff requesting to push back a week 05/16/2022 (R. Harris Dep. Ex. 51) |
| 68 | Texts from Horace/ Holt Security with images (R. Harris Dep. Ex. 52), TPI001149, TPI001146, TPI001195, TPI001173, TPI001197, TPI001184, TPI001175, TPI001186, TPI001198, TPI001155, TPI001171, TPI001152, TPI001194, TPI001200, TPI001161, TPI001153, TPI001180, TPI001193, TPI001142, TPI001150, TPI001187, TPI001191, TPI001199, TPI001140, TPI001143, TPI001192, TPI001188, TPI001176, TPI001158, TPI001167, TPI001139, TPI001154, TPI001162, TPI001190, TPI001160, TPI001183, TPI001147, TPI001185, TPI001141 |
| 69 | Email containing Property Incident Report 07/21/2021 (R. Harris Dep. Ex. 53), TPI000411-TPI000413 |
| 70 | Civil Cover Sheet; Diaz Family's Complaint (R. Harris Dep. Ex. 54), TP1002466- TPI002490 |
| 72 | 09/20/2021 Email containing B23 Edwin Medrano Statement and Lease (R. Harris Dep. Ex. 55), TPI000392-TPI000403 |
| 72 | Email containing APD Summary Incident Report 09/15/2021; Holt reports fraud by Toya (R. Harris Dep. Ex. 56) |
| 73 | Email with Google Voice voicemail from Detective Jackson APD 10/15/2021 (R. Harris Dep. Ex. 57), TPI002414 |
| 74 | 10/21/2021 Emails to Barbara; majority redacted; resident reports threats and move out plan (R. Harris Dep. Ex. 58), TPI002335- TPI002346 |
| 75 | 08/24/2020 Email with F-ISI Security Patrol Proposal (K. Hickey Dep. Ex. 1), TPI001256-TPI001266 |

| 76 | H.S.I. Daily Log 11/04/20 (K. Hickey Dep. Ex. 3), TPI003262-TPI003263 |
|----|----|
| 77 | 12/17/2020 Emails with Toya about hours change to 7pm – 3am (K. Hickey Dep. Ex. 5), TPI002934, TPI002935 |
| 78 | 01/06/2021 Email with Patrol Schedule for January 2021 (K. Hickey Dep. Ex. 6), TPI000860, TPI000861, TPI000692, TPI000693, TPI000625, TPI000626 |
| 79 | Email referencing reports from 12/14/2020 to 12/17/2020 (K. Hickey Dep. Ex. 7), TPI000942 |
| 80 | H.S.I. Daily Logs Jan-March 2021 (K. Hickey Dep. Ex. 8) |
| 81 | Email from Maggie Fontaine asking Hickey with weekly Community crime map (K. Hickey Dep. Ex. 9), TPI000638 |
| 82 | Hickey Security and Investigation Incident Report 03/30/2021 (K. Hickey Dep. Ex. 11), TPI000619, TPI000620 |
| 83 | Email containing Security Management Proposal to Seven Courts 04/12/2021 (K. Hickey Dep. Ex. 12), TPI000588- TPI000596 |
| 84 | Emails containing invoices from 05/24/2021 (K. Hickey Dep. Ex. 13), TPI000556-TPI000561 |
| 85 | Emails between Block Firm & Hickey 11/23/2021 (K. Hickey Dep. Ex. 14) |
| 86 | Emails between Block Firm & Hickey late December 2021 – early January 2022 (K. Hickey Dep. Ex. 15) |
| 87 | Emails between Block Firm & Hickey late December 2021 (K. Hickey Dep. Ex. 16) |
| 88 | Screenshots of Toya texts to Hickey (K. Hickey Dep. Ex. 17), TPI001148, TPI001170, TPI001144, TPI001178, TPI001157, TPI001166, TPI001165, TPI001196, TPI001174, TPI001182 |
| 89 | Rafael Lenz LinkedIn Profile (Lenz Dep. Ex. 1) |
| 90 | Email Re: Property Incident Report 07/21/2021 (Lenz Dep. Ex. 3), TPI014187, TPI014188, TPI014191 |
| 91 | 12/03/2021 Email with attached TPI's responses to the plaintiff's requests for production of docs (Lenz Dep. Ex. 4), TPI00001- TPI00062 |

| | |
|---|---|
| 92 | 01/07/2022 Email with attached TPI's answers to the plaintiffs' interrogatories (Lenz Dep. Ex. 5) |
| 93 | 01/31/2022 Letter from J. Melcher to Aaron Block Re: TPI Discovery Responses (Lenz Dep. Ex. 6) |
| 94 | The Partnership, Inc.'s First Amended Answers to Plaintiff's First Set of Interrogatories (Lenz Dep. Ex. 7) |
| 95 | Email to Erik and Jomel; Re: Seven Courts Payables 10/07/2021 (Lenz Dep. Ex. 8), TPI002451 |
| 96 | 11/01/2019 Diaz Family Seven Courts Apartment Lease Contract (Lenz Dep. Ex. 10), TPI00475-TPI00482 |
| 97 | 08/23/2019 Email with Affirmative Fair Housing Marketing Plan attached (AFHMP) (Lenz Dep. Ex. 11), TPI009832, TPI009834- TPI009845 |
| 98 | 09/12/2018 Email Re: Property Incident Report 09/11/2018 (Lenz Dep. Ex. 12), TPI002039-TPI002041 |
| 99 | 10/25/2018 Email Re: Property Incident Report 10/24/2018 (Lenz Dep. Ex. 13), TPI002011, TPI002013 |
| 100 | Email Re: Property Incident Report 04/19/2019 (Lenz Dep. Ex. 14), TPI001895, TPI001897-TPI001900 |
| 101 | Email from Amara Hubbard 06/28/2019 (Lenz Dep. Ex. 15), TPI012635 |
| 102 | Email from Holt Re: Report from 08/20/20 (Lenz Dep. Ex. 20), TPI001090 |
| 103 | Email from Holt Re: Report from 09/05/2020 (Lenz Dep. Ex. 21), TPI001295 |
| 104 | 09/14/2020 Texts with Horace/ Holt Security (Lenz Dep. Ex. 22), TPI009391 |
| 105 | 10/04/2021 Emails with Barbara (Lenz Dep. Ex. 23), TPI002367- TPI002374 |
| 106 | 06/04/2019 Police Incident Report (Horace Holt Dep. Ex. 2) |
| 107 | 06/18/2019 Email from Holt re: Daily Report (Horace Holt Dep. Ex. 3) |
| 108 | 06/22/2019 Email from Holt re: Daily Report (Horace Holt Dep. Ex. 4) |
| 109 | 12/28/2019 Email from Holt re: Drugs and shooting (Horace Holt Dep. Ex. 7) |

| 110 | 03/23/2020 Email from Toya re: Report (Horace Holt Dep. Ex. 9) |
| 111 | 04/05/2020 Email from Holt re: Daily Report (Horace Holt Dep. Ex. 10) |
| 112 | 04/18/2020 Email from Holt re: Daily Report (Horace Holt Dep. Ex. 11) |
| 113 | 06/29/2020 Email from Holt re: Daily Report (Horace Holt Dep. Ex. 14) |
| 114 | 07/29/2020 Email from Holt re: Police Incident Report re: John Hayes (Horace Holt Dep. Ex. 16) |
| 115 | 08/02/2020 Incident Report (Horace Holt Dep. Ex. 17) |
| 116 | 08/03/2020 Email from Holt re: false crime report (Horace Holt Dep. Ex. 18) |
| 117 | 08/03/2020 Email from Holt re: Daily Report (Horace Holt Dep. Ex. 19) |
| 118 | 08/03/2020 Email from Holt re: Break-in report and increased presence request (Horace Holt Dep. Ex. 20) |
| 119 | 08/05/2020 Email from Holt re: Police Incident Report from 08/03/2020 (Horace Holt Dep. Ex. 21) |
| 120 | 08/09/2020 Email from Holt re: Daily Report (Horace Holt Dep. Ex. 22) |
| 121 | 09/07/2020 Email from Holt re: Incident Report (Horace Holt Dep. Ex. 24) |
| 122 | 09/12/2020 Email from Holt re: Daily Report (Horace Holt Dep. Ex. 25) |
| 123 | 09/17/2020 Email from Holt re: Incident Report (Horace Holt Dep. Ex. 26) |
| 124 | 09/24/2020 Email from Holt re: Incident Report (Horace Holt Dep. Ex. 27) |
| 125 | 09/12/2020 Incident Report (Horace Holt Dep. Ex. 29) |
| 126 | 12/08/2021 Email from E. Oglesby to Holt re: Recap of Discussion (Horace Holt Dep. Ex. 30) |
| 127 | Declaration of Horace Holt (Horace Holt Dep. Ex. 31) |
| 128 | Email change with E. Oglesby re: Subpoena (Horace Holt Dep. Ex. 32) |
| 129 | 02/13/2022 Email from Holt re: Police Incident Report (Horace Holt Dep. Ex. 33) |
| 130 | 09/28/2021 Email from Wynn re: Lighting Report (Horace Holt Dep. Ex. 34) |

| 131 | Email Chain with Aaron Block and Jeffrey Melcher re: Holt (Horace Holt Dep. Ex. 35) |
| 132 | 12/22/2021 Email from Holt to Block Firm re: Retaliation (Horace Holt Dep. Ex. 36) |
| 133 | 12/26/2021 Email from Holt to E. Oglesby re: Retaliation (Horace Holt Dep. Ex. 37) |
| 134 | 12/27/2021 Email from A. Block to J. Melcher re: Holt Payment (Horace Holt Dep. Ex. 38) |
| 135 | 01/06/2022 Email from E. Oglesby to A. Block and M. Marks re: Holt Retaliation (Horace Holt Dep. Ex. 39) |
| 136 | 02/13/2022 Email from Holt re: Security document and statement (Horace Holt Dep. Ex. 40) |
| 137 | 02/21/2022 Email from Wynn re: Termination Notice (Horace Holt Dep. Ex. 41) |
| 138 | TPI Employment Application for McLester Tacharmne Latoya Wynn (Wynn Dep. Ex. 1), TPI00009, TPI00010 |
| 139 | Job Description (Wynn Dep. Ex. 2), TPI00014-TPI00019 |
| 140 | General Handbook Acknowledgement (Wynn Dep. Ex. 3), TPI00003-TPI00008 |
| 141 | Transcript for Tacharmne Wynn (Wynn Dep. Ex. 4), TPI00060-TPI00062 |
| 142 | 03/10/2020 Email from Holt to Harris re: Report (Wynn Dep. Ex. 7), TPI004172 |
| 143 | 03/31/2020 Email from Harris to Bonnie Gayner and Latoya Wynn re: Report (Wynn Dep. Ex. 8), TPI004185-TPI004186 |
| 144 | 04/15/2021 EyeQ Monitoring Statement of Work (Wynn Dep. Ex. 10) |
| 145 | The Partnership, Inc.'s First Amended Answers to Plaintiff's First Set of Interrogatories; Seven Courts Community Rules & Regulations (Wynn Dep. Ex. 11) |
| 146 | Mid-Month Checklist Seven Courts 05/17/20 (Wynn Dep. Ex. 12), TPI000575-TPI000581 |
| 147 | Resident Ledger 10/19/2021 (Wynn Dep. Ex. 14), TPI000460- TPI000461 |
| 148 | 08/17/2021 Email from Latoya Wynn to E. Zamora, R. Harris, and J. Etienne re: B23 reverse write off (Wynn Dep. Ex. 16), TPI002513- TPI002514 |

| | |
|---|---|
| 149 | Email with Financials for July 2021 attached (Zamora Dep. Ex. 1) TPI005224, TPI005227-30, TPI005232-TPI005347 |
| 150 | Jacobs Response (Bruce Jacobs Dep. Ex. 1) |
| 151 | Handwritten Notes (Bruce Jacobs Dep. Ex. 2) |
| 152 | Defendants Expert Report (Bruce Jacobs Dep. Ex. 3) |
| 153 | Defendants Expert Report (Bruce Jacobs Dep. Ex. 4) |
| 154 | Bruce Jacobs Perez Affidavit (Bruce Jacobs Dep. Ex. 5) |
| 155 | Daytime Parking Lot Image (Elsa Diaz Dep. Ex. 1 Diaz.00001) |
| 156 | Man, atop building Image (Elsa Diaz Dep. Ex. 1 Diaz.00002) |
| 157 | Dark Image (Elsa Diaz Dep. Ex. 1 Diaz.00003) |
| 158 | Dark Image (Elsa Diaz Dep. Ex. 1 Diaz.00004) |
| 159 | Daytime Parking Lot Image (Elsa Diaz Dep. Ex. 1 Diaz.00005) |
| 160 | Daytime, Outside Apartment Building View Image (Elsa Diaz Dep. Ex. 1 Diaz.00006) |
| 161 | Daytime, Outside Apartment Building C Image (Elsa Diaz Dep. Ex. 1 Diaz.00007) |
| 162 | Daytime, Outside Apartment Building B Image (Elsa Diaz Dep. Ex. 1 Diaz.00008) |
| 163 | (Daytime, Outside Apartment Building G Image Elsa Diaz Dep. Ex. 1 Diaz.00009) |
| 164 | Daytime, Outside Apartment Building C Image (Elsa Diaz Dep. Ex. 1 Diaz.00010) |
| 165 | Daytime, Outside Apartment Building & Parking Lot View Image (Elsa Diaz Dep. Ex. 1 Diaz.00011) |
| 166 | Daytime, Outside Apartment Buildings View Image (Elsa Diaz Dep. Ex. 1 Diaz.00012) |
| 167 | Daytime, Outside Apartment Buildings & Parking Lot View Image (Elsa Diaz Dep. Ex. 1 Diaz.00013) |
| 168 | (Daytime, Outside Apartment Building View Image Elsa Diaz Dep. Ex. 1 Diaz.00014) |
| 169 | Daytime, Outside Apartment Building View Image (Elsa Diaz Dep. Ex. 1 Diaz.00015) |
| 170 | Daytime, Outside Apartment Building View Image (Elsa Diaz Dep. Ex. 1 Diaz.00016) |

| | |
|---|---|
| 171 | Daytime, Outside Apartment Building B Image (Elsa Diaz Dep. Ex. 1 Diaz.00017) |
| 172 | Daytime, Outside Apartment Building View Image (Elsa Diaz Dep. Ex. 1 Diaz.00018) |
| 173 | Daytime, Outside Apartment Building View Image (Elsa Diaz Dep. Ex. 1 Diaz.00019) |
| 174 | Dark, Ring Camera Image (Elsa Diaz Dep. Ex. 1 Diaz.00020) |
| 175 | Dark, Ring Camera Image (Elsa Diaz Dep. Ex. 1 Diaz.00021) |
| 176 | Dark, Ring Camera Image (Elsa Diaz Dep. Ex. 1 Diaz.00022) |
| 177 | Broken Door Image (Elsa Diaz Dep. Ex. 1 Diaz.00023) |
| 178 | Broken Door Image (Elsa Diaz Dep. Ex. 1 Diaz.00024) |
| 179 | Broken Door Image (Elsa Diaz Dep. Ex. 1 Diaz.00025) |
| 180 | Broken Door Image (Elsa Diaz Dep. Ex. 1 Diaz.00026) |
| 181 | Fingers/Hand Image (Elsa Diaz Dep. Ex. 1 Diaz.00027) |
| 182 | Arm Bruise Image (Elsa Diaz Dep. Ex. 1 Diaz.00028) |
| 183 | Atlanta Police Report Image 1 of 3 pgs. (Elsa Diaz Dep. Ex. 1 Diaz.00029) |
| 184 | Atlanta Police Report Image 2 of 3 pgs. (Elsa Diaz Dep. Ex. 1 Diaz.00030) |
| 185 | Atlanta Police Report Image 3 of 3 pgs. (Elsa Diaz Dep. Ex. 1 Diaz.00031) |
| 186 | Elsa Email to Seven Courts re: Report, 07/29/2021 (Elsa Diaz Dep. Ex. 1 Diaz.00032) |
| 187 | 10/15/2020 Apartment Lease Contract Image 1 of 9 pgs. (Elsa Diaz Dep. Ex. 1 Diaz.00033) |
| 188 | 10/15/2020 Apartment Lease Contract Image 2 of 9 pgs. (Elsa Diaz Dep. Ex. 1 Diaz.00034) |
| 189 | 10/15/2020 Apartment Lease Contract Image 3 of 9 pgs. (Elsa Diaz Dep. Ex. 1 Diaz.00035) |
| 190 | 10/15/2020 Apartment Lease Contract Image 4 of 9 pgs. (Elsa Diaz Dep. Ex. 1 Diaz.00036) |

| | |
|---|---|
| 191 | 10/15/2020 Apartment Lease Contract Image 5 of 9 pgs. (Elsa Diaz Dep. Ex. 1 Diaz.00037) |
| 192 | 10/15/2020 Apartment Lease Contract Image 6 of 9 pgs. (Elsa Diaz Dep. Ex. 1 Diaz.00038) |
| 193 | 10/15/2020 Apartment Lease Contract Image 7 of 9 pgs. (Elsa Diaz Dep. Ex. 1 Diaz.00039) |
| 194 | 10/15/2020 Apartment Lease Contract Image 8 of 9 pgs. (Elsa Diaz Dep. Ex. 1 Diaz.00040) |
| 195 | 10/15/2020 Apartment Lease Contract Image 9 of 9 pgs. (Elsa Diaz Dep. Ex. 1 Diaz.00041) |
| 196 | Flores Officer Image (Elsa Diaz Dep. Ex. 1 Diaz.00042) |
| 197 | Handwritten Report in Spanish Image 1 of 2 pgs. (Elsa Diaz Dep. Ex. 1 Diaz.00043) |
| 198 | Handwritten Report in Spanish Image 2 of 2 pgs. (Elsa Diaz Dep. Ex. 1 Diaz.00044) |
| 199 | Audio Recording of 911 Call "Produced in Native" (Elsa Diaz Dep. Ex. 1 Diaz.00045) |
| 200 | Atlanta Police Department Case #212021907 Incident Report |
| 201 | Atlanta Journal Constitution article dated July 18, 2022: *Crackdown on Atlanta Apartments Comes after Years of Fragmented Approach to Crime, Squalor* |
| 202 | Resolution 22-R-3855 |
| 203 | Wells Fargo Application PPP Loan – The Partnership, Inc. |
| 204 | 11 Alive: *Maintenance Worker Shot Dead at Southwest Atlanta Apartments: APD* (https://www.11alive.com/article/news/crime/columbia-commons-mlk-drive-shooting/85-12cf41b8-fac3-41c0-8242-2bfd937ff0a8) |
| 205 | Fox 5 Atlanta: *Gunman Kills Woman at Old Fourth Ward Apartment before Shooting Self at nearby park, police say* (https://www.fox5atlanta.com/news/meritts-avenue-north-avenue-central-park-atlanta-shooting) |
| 206 | The Atlanta Journal-Constitution: *Officials ID man found shot to death at west Atlanta apartment complex* (https://www.ajc.com/news/crime/man-found-shot-to-death-at-west-atlanta-apartment-complex/B5IEK5JSVBBWZKANBQZQ76RVII/) |

| 207 | Fox 5 Atlanta: *Police investigating triple shooting at NW Atlanta apartment complex* (https://www.fox5atlanta.com/news/police-investigating-triple-shooting-martin-luther-king-drive-apartments) |
| 208 | The Atlanta Journal-Constitution: *Man shot to death during armed robbery at SW Atlanta apartment complex* (https://www.ajc.com/news/crime/breaking-police-investigating-death-at-sw-atlanta-apartment-complex/ZD3KGWGQIFG3LOGYA6Q5K7F5WQ/) |
| 209 | 11 Alive: APD: 2 men, 1 boy hurt in Adamsville community triple shooting (https://www.11alive.com/article/news/crime/atlanta-triple-shooting-middleton-road/85-4e7572fe-7195-4695-83b5-2ba0bf1c7083) |
| 210 | Atlanta Police Department Incident Reports from Martin Manor, 2950 Martin Luther King Drive SW, Atlanta, GA 30311 |
| 211 | Atlanta Police Department Incident Reports from Abby Ridge, 3136 Martin Luther King Jr Drive SW, Atlanta GA 30311 |
| 212 | Atlanta Police Department Incident Reports from The Commons Apartments, 732 Liberty Commons Dr NW, Atlanta, GA 30314 |
| 213 | Atlanta Police Department Reports from Columbia Commons, 2524 Martin Luther King Jr Dr SW, Atlanta, GA 30311 |
| 214 | Atlanta Police Department Reports from Dogwood Apartments, 95 Peyton Rd SW, Atlanta, GA 30311 |
| 215 | Atlanta Police Department Reports from Harvest Oak, 2980 Delmar Lane NW, Atlanta, GA 30311 |
| 216 | Atlanta Police Department Reports from The View, 1620 Hollywood Road NW, Atlanta, GA 30318 |
| 217 | Atlanta Police Department Reports from Peaks of MLK, 2423 Martin Luther King Jr. Dr. SW Atlanta, GA 30311 |
| 218 | Atlanta Police Department Reports from Seven Courts, 2800 Martin Luther King Drive, Atlanta, GA 30311 |
| 219 | The Partnership, Inc. website page for Seven Courts Apartments |

| 220 | The Partnership, Inc. website "About Us" page screenshot |
|---|---|
| 221 | 2020 TPI Form 990 |
| 222 | 2021 TPI Form 990 |
| 223 | Affidavit of Bruce Jacobs, Ph.D. from Case No. 2007-67286 dated 04/10/2009 |
| 224 | Spreadsheet of Seven Courts Tenants |
| 225 | Court Docket and Pleadings for Case No. 22CR002958 against Tacharmne L. Wynn |
| 226 | Docket and documents in the proceeding *Seven Courts, The Partnership Inc. v. Derrick Fletcher and all others* |
| 227 | Docket and documents in the proceeding *Seven Courts, The Partnership Inc. v. Nekisha Avery and all others* |
| 228 | Docket and documents in the proceeding *Seven Courts, The Partnership Inc. v. Pacquin Davis and all others* |
| 229 | Docket and documents in the proceeding *Seven Courts, The Partnership Inc. v. Takeshyta Paige and all others* |
| 230 | Docket and documents in the proceeding *Seven Courts, The Partnership Inc. v. Tiambra Smith and all others* |
| 231 | Docket and documents in the proceeding *Seven Courts, The Partnership Inc. v. Arnulfo Del Valle* |
| 232 | Docket and documents in the proceeding *Seven Courts, The Partnership Inc. v. Derekia Duffie* |
| 233 | Docket and documents in the proceeding *Seven Courts, The Partnership Inc. v. Khamalie Fowlin* |
| 234 | Docket and documents in the proceeding *Seven Courts, The Partnership Inc. v. Loyis Carswell* |
| 235 | Docket and documents in the proceeding *Seven Courts, The Partnership Inc. v. Nakisha Avery* |
| 236 | Docket and documents in the proceeding *Seven Courts, The Partnership Inc. v. Robert Traylor* |
| 237 | FRE 1006 Summary of Incident Reports for Seven Courts |
| 238 | FRE 1006 Summary of Requests for More Security at Seven Courts |