Attachment G-2

# ATTACHMENT G-2 – DEFENDANT'S PROPOSED EXHIBITS

| Exhibit Number | Description |
|---|---|
| 1 | Hugh Jacobs LinkedIn Profile - Hugh Jacobs Dep. Ex. 1 |
| 2 | TPI Property Management Mission Overview and Capabilities - Hugh Jacobs Dep. Ex. 2 |
| 3 | Seven Courts Apartments Webpage - Hugh Jacobs Dep. Ex. 3 |
| 4 | Washington Post Article - Hugh Jacobs Dep. Ex. 4 |
| 5 | Management Agreement - Hugh Jacobs Dep. Ex. 5 |
| 6 | Assignment and Assumption Agreement - Hugh Jacobs Dep. Ex. 6 |
| 7 | Ownership Organizational Structure - Hugh Jacobs Dep. Ex. 7 |
| 8 | Financial Statements and Independent Auditor's Report - Hugh Jacobs Dep. Ex. 8 |
| 9 | Form 990: Return of Organization Exempt from Income Tax - Hugh Jacobs Dep. Ex. 9 |
| 10 | Emails with Latoya Wynn - Hugh Jacobs Dep. Ex. 10 |
| 11 | Emails with Bonnie Gayner and Marco Capraro and Norma Padilla; APD notification - Hugh Jacobs Dep. Ex. 11 |
| 12 | Email from Amara Hubbard to Toya Wynn - Hugh Jacobs Dep. Ex. 12 |
| 13 | Emails with Rafael Lenz; Jamie Williamson; Bonnie Gayner; Rodrick Harris - Hugh Jacobs Dep. Ex. 13 |
| 14 | Email - Hugh Jacobs Dep. Ex. 14 |
| 15 | Email containing Financials for August 2021 - Hugh Jacobs Dep. Ex. 15 |
| 16 | Texts from Horace/Holt Security with images of Seven Courts - Hugh Jacobs Dep. Ex. 16 |
| 17 | Emails between Erik Zamora & Rodrick Harris & Jamie Williamson about cash availability to pay Holt Security - Hugh Jacobs Dep. Ex. 17 |
| 18 | Texts from Horace/ Holt Security - Hugh Jacobs Dep. Ex. 18 |
| 19 | Double Shooting Incident Report 04/06/19 - R. Harris Dep. Ex. 1 |
| 20 | Email 04.22.2019 - R. Harris Dep. Ex. 2 |
| 21 | Holt Security, LLC Services Agreement dated 05/13/2019 - R. Harris Dep. Ex. 3 |

| | | |
|---|---|---|
| | 22 | Emails with Crime Prevention Plan Doc - R. Harris Dep. Ex. 4 |
| | 23 | Email from Holt 06/19/2019 - R. Harris Dep. Ex. 5 |
| | 24 | Email from Holt 07/19/2019 - R. Harris Dep. Ex. 6 |
| | 25 | APD Offense Report 10/17/2019 - R. Harris Dep. Ex. 7 |
| | 26 | Email from Holt detailing drug dealing report and invoice 12/31/2019 - R. Harris Dep. Ex. 8 |
| | 27 | Emails with Holt about lease violation for illegal activities for drugs - R. Harris Dep. Ex. 9 |
| | 28 | Emails with Holt about unit issue 03/10/2020 - R. Harris Dep. Ex. 10 |
| | 29 | Emails with Holt about Toya involvement in drug activity 03/15/2020 - R. Harris Dep. Ex. 11 |
| | 30 | Emails with Bonnie Gayner, Horace Holt and Rodrick Harris dated 03/31/2020 - R. Harris Dep. Ex. 12 |
| | 31 | Email from Holt; Duty Report 04/14/2020 - R. Harris Dep. Ex. 13 |
| | 32 | Email from Holt; Report 04/13/2020 about Toya's daughter - R. Harris Dep. Ex. 14 |
| | 33 | Email response from Harris to Holt regarding Report 04/13/2020 about Toya's daughter - R. Harris Dep. Ex. 15 |
| | 34 | Email from H. Holt about illegal activity during overnight hours dated 05/20/2020 - R. Harris Dep. Ex. 16 |
| | 35 | Email from B. Gayner re: Invoice Holt Security - R. Harris Dep. Ex. 17 |
| | 36 | Email from Holt; Re: Report from 05/29/2020 - R. Harris Dep. Ex. 18 |
| | 37 | Email from B. Gayner re: H. Holt meeting with R. Harris and T. Wynn 06/01/2020 - R. Harris Dep. Ex. 19 |
| | 38 | Email from H. Holt; Re: Report from 06/06/2020 - R. Harris Dep. Ex. 20 |
| | 39 | Email from Holt; Re: Report from 06/80/2020 - R. Harris Dep. Ex. 21 |
| | 40 | Email from Holt with overnight/early morning incidences list - R. Harris Dep. Ex. 22 |
| | 41 | 06/22/2020 Email from Toya with 12-month period APD log - R. Harris Dep. Ex. 23  TPI001083, TPI001085 |
| | 42 | Email from Holt about Toya's sister reporting party - R. Harris Dep. Ex. 24  TPI003939 |

| | | |
|---|---|---|
| | 43 | 07/02/2020 Email from Holt report from 7/14/20 - R. Harris Dep. Ex. 25 |
| | 44 | Email from Holt reporting and requesting more officers on 07/18/2020 - R. Harris Dep. Ex. 26 |
| | 45 | APD Incident Report 07/25/2020 - R. Harris Dep. Ex. 27 |
| | 46 | Email from Holt; Re: Report from 07/25/2020 - R. Harris Dep. Ex. 28 |
| | 47 | Email from Holt Re: Incident Report 07/26/2020 - R. Harris Dep. Ex. 29 |
| | 48 | Email from Holt Re: Report 07/28/2020 - R. Harris Dep. Ex. 30 |
| | 49 | Emailing containing new contract; Holt Security, LLC Services Agreement dated 07/28/2020 - R. Harris Dep. Ex. 31 |
| | 50 | Email from Holt Re: Report from 8/3/20 - R. Harris Dep. Ex. 32 |
| | 51 | Email from Holt requesting more officers following car break in attempts - R. Harris Dep. Ex. 33 |
| | 52 | Email from Holt follow up from 8/3/20 - R. Harris Dep. Ex. 34 |
| | 53 | Email from Holt 8/4/20 requesting extended hours - R. Harris Dep. Ex. 35 |
| | 54 | Email from Holt listing units with illegal activities - R. Harris Dep. Ex. 36 |
| | 55 | Email from Holt Re: Report from 8/11/20 - R. Harris Dep. Ex. 37 |
| | 56 | Email from Holt includes that seven court is behind 3 payments - R. Harris Dep. Ex. 38  TPI003361 |
| | 57 | APD Incident Report 10/13/20 - R. Harris Dep. Ex. 39 |
| | 58 | Email containing Holt Termination Notice - R. Harris Dep. Ex. 40 |
| | 59 | Email containing Hickey Security Contract - R. Harris Dep. Ex. 41 |
| | 60 | Email with Hickey Criminal Trespass Warning 11/05/20 - R. Harris Dep. Ex. 42 |
| | 61 | Email containing Property Incident Report 11/12/20 - R. Harris Dep. Ex. 43 |
| | 62 | Email from Hickey asking to change Saturday schedule to 7pm to 3am - R. Harris Dep. Ex. 44 |
| | 63 | Email with MTW Data Benchmarks - R. Harris Dep. Ex. 45 |
| | 64 | Email to Toya from resident; complaint about threats - R. Harris Dep. Ex. 46 |

| | | |
|---|---|---|
| | 65 | Email from Holt to Harris 01/19/21 - R. Harris Dep. Ex. 47 TPI002838 |
| | 66 | Email from Hickey; Contractual Agreement Termination signed 03/01/21 - R. Harris Dep. Ex. 48 |
| | 67 | 3/23/2021 Email from EyeQ Monitoring with Quote - R. Harris Dep. Ex. 49 |
| | 68 | 4/14/20211 Email from EyeQ Monitoring with Quote - R. Harris Dep. Ex. 50 |
| | 69 | Emails between Block Firm and Jeff to schedule Diaz family depositions; Jeff requesting to push back a week 5/16/22 - R. Harris Dep. Ex. 51 |
| | 70 | Texts from Horace/ Holt Security with images - R. Harris Dep. Ex. 52 |
| | 71 | Email containing Property Incident Report 07/21/21 - R. Harris Dep. Ex. 53 |
| | 72 | Civil Cover Sheet; Diaz Family's Complaint - R. Harris Dep. Ex. 54 |
| | 73 | Email containing B23 Edwin Medrano Statement and Lease - R. Harris Dep. Ex. 55 |
| | 74 | Email containing APD Summary Incident Report 09/15/21; Holt reports fraud by Toya - R. Harris Dep. Ex. 56 |
| | 75 | Email with Google Voice voicemail from Detective Jackson APD 10/15/21 - R. Harris Dep. Ex. 57 |
| | 76 | Emails to Barbara; majority redacted; resident reports threats and move out plan - R. Harris Dep. Ex. 58 |
| | 77 | Email with F-ISI Security Patrol Proposal - K. Hickey Dep. Ex. 1 |
| | 78 | Email from Toya with Security Contract - K. Hickey Dep. Ex. 2 |
| | 79 | H.S.I. Daily Log 11/04/20 - K. Hickey Dep. Ex. 3 |
| | 80 | Hickey Security and Investigation Incident Report 11/05/20 - K. Hickey Dep. Ex. 4 |
| | 81 | Emails with Toya about hours change to 7pm – 3am - K. Hickey Dep. Ex. 5 |
| | 82 | Email with Patrol Schedule for January 2021 - K. Hickey Dep. Ex. 6 |
| | 83 | Email referencing reports from 12/14/2020 to 12/17/2020 - K. Hickey Dep. Ex. 7 |
| | 84 | H.S.I. Daily Logs Jan-March 2021 - K. Hickey Dep. Ex. 8 |

| | | |
|---|---|---|
| | 85 | Email from Maggie Fontaine asking Hickey with weekly Community crime map - K. Hickey Dep. Ex. 9 |
| | 86 | Email with Seven Courts Apartments Termination Letter 03/01/2021 - K. Hickey Dep. Ex. 10 |
| | 87 | Hickey Security and Investigation Incident Report 03/30/2021 - K. Hickey Dep. Ex. 11 |
| | 88 | Email containing Security Management Proposal to Seven Courts 04/12/21 - K. Hickey Dep. Ex. 12 |
| | 89 | Emails containing invoices from 05/24/21 - K. Hickey Dep. Ex. 13 |
| | 90 | Emails between Block Firm & Hickey 11/23/21 - K. Hickey Dep. Ex. 14 |
| | 91 | Emails between Block Firm & Hickey late December 2021 – early January 2022 - K. Hickey Dep. Ex. 15 |
| | 92 | Emails between Block Firm & Hickey late December 2021 - K. Hickey Dep. Ex. 16 |
| | 93 | Screenshots of Toya texts to Hickey - K. Hickey Dep. Ex. 17 |
| | 94 | Rafael Lenz LinkedIn Profile - Lenz Dep. Ex. 1 |
| | 95 | Email with Civil Cover Sheet 9/9/21 - Lenz Dep. Ex. 2 |
| | 96 | Email Re: Property Incident Report 7/21/21 - Lenz Dep. Ex. 3 |
| | 97 | Email with attached TPI's responses to the plaintiff's requests for prod of docs - Lenz Dep. Ex. 4 |
| | 98 | Email with attached TPI's answers to the plaintiffs' interrogatories - Lenz Dep. Ex. 5 |
| | 99 | Stites & Harbison PLLC emails to Aaron - Lenz Dep. Ex. 6 |
| | 100 | The Partnership, Inc.'s First Amended Answers to Plaintiff's First Set of Interrogatories - Lenz Dep. Ex. 7 |
| | 101 | Email to Erik and Jomel; Re: Seven Courts Payables 10/7/21 - Lenz Dep. Ex. 8 |
| | 102 | Lenz Dep. Ex. 9 |
| | 103 | Apartment Lease Contract - Lenz Dep. Ex. 10 |
| | 104 | Email with Affirmative Fair Housing Marketing Plan attached - AFHMP - Lenz Dep. Ex. 11 |
| | 105 | Email Re: Property Incident Report 09/11/18 - Lenz Dep. Ex. 12 |
| | 106 | Email Re: Property Incident Report 10/24/18 - Lenz Dep. Ex. 13 |
| | 107 | Email Re: Property Incident Report 04/19/19 - Lenz Dep. Ex. 14 |
| | 108 | Email from Amara Hubbard 6/28/19 - Lenz Dep. Ex. 15 |

| | | |
|---|---|---|
| | 109 | Email from Toya with forwarded complaint 05/16/20 - Lenz Dep. Ex. 16 |
| | 110 | Lenz Dep. Ex. 17 |
| | 111 | Email from Holt Re: Report from 08/03/20 - Lenz Dep. Ex. 18 |
| | 112 | Emails from Holt Re: Reports 08/04/2020 - Lenz Dep. Ex. 19 |
| | 113 | Email from Holt Re: Report from 08/20/20 - Lenz Dep. Ex. 20 |
| | 114 | Email from Holt Re: Report from 09/05/20 - Lenz Dep. Ex. 21 |
| | 115 | Texts with Horace/ Holt Security - Lenz Dep. Ex. 22 |
| | 116 | Emails with Barbara - Lenz Dep. Ex. 23 |
| | 117 | Holt Security LLC Agreement - Horace Holt Dep. Ex. 1 |
| | 118 | 06/04/2019 Police Incident Report - Horace Holt Dep. Ex. 2 |
| | 119 | 06/18/2019 Email from Holt re: Daily Report - Horace Holt Dep. Ex. 3 |
| | 120 | 06/22/2019 Email from Holt re: Daily Report - Horace Holt Dep. Ex. 4 |
| | 121 | 12/31/2019 Email from Holt re: Drug Report and Invoice - Horace Holt Dep. Ex. 5 |
| | 122 | 10/17/2019 Police Report - Horace Holt Dep. Ex. 6 |
| | 123 | 12/28/2019 Email from Holt re: Drugs and shooting - Horace Holt Dep. Ex. 7 |
| | 124 | Email 03/10/2020 - Horace Holt Dep. Ex. 8 |
| | 125 | 03/23/2020 Email from Toya re: Report - Horace Holt Dep. Ex. 9 |
| | 126 | 04/05/2020 Email from Holt re: Daily Report - Horace Holt Dep. Ex. 10 |
| | 127 | 04/18/2020 Email from Holt re: Daily Report - Horace Holt Dep. Ex. 11 |
| | 128 | 06/08/2020 Emails - Horace Holt Dep. Ex. 12 |
| | 129 | 07/29/2020 Email - Horace Holt Dep. Ex. 13 |
| | 130 | 06/29/2020 Email from Holt re: Daily Report - Horace Holt Dep. Ex. 14 |
| | 131 | 07/26/2020 Email - Horace Holt Dep. Ex. 15 |
| | 132 | 07/29/2020 Email from Holt re: Police Incident Report re: John Hayes - Horace Holt Dep. Ex. 16 |
| | 133 | 08/02/2020 Incident Report - Horace Holt Dep. Ex. 17 |
| | 134 | 08/03/2020 Email from Holt re: false crime report - Horace Holt Dep. Ex. 18 |
| | 135 | 08/03/2020 Email from Holt re: Daily Report - Horace Holt Dep. Ex. 19 |

| | | |
|---|---|---|
| | 136 | 08/03/2020 Email from Holt re: Break-in report and increased presence request - Horace Holt Dep. Ex. 20 |
| | 137 | 08/05/2020 Email from Holt re: Police Incident Report from 08/03/2020 - Horace Holt Dep. Ex. 21 |
| | 138 | 08/09/2020 Email from Holt re: Daily Report - Horace Holt Dep. Ex. 22 |
| | 139 | 09/04/2020 Email from Holt re: Incident Report - Horace Holt Dep. Ex. 23 |
| | 140 | 09/07/2020 Email from Holt re: Incident Report - Horace Holt Dep. Ex. 24 |
| | 141 | 09/12/2020 Email from Holt re: Daily Report - Horace Holt Dep. Ex. 25 |
| | 142 | 09/17/2020 Email from Holt re: Incident Report - Horace Holt Dep. Ex. 26 |
| | 143 | 09/24/2020 Email from Holt re: Incident Report - Horace Holt Dep. Ex. 27 |
| | 144 | 10/13/2020 Police Incident Report - Horace Holt Dep. Ex. 28 |
| | 145 | 09/12/2020 Incident Report - Horace Holt Dep. Ex. 29 |
| | 146 | 12/08/2021 Email from E. Oglesby to Holt re: Recap of Discussion - Horace Holt Dep. Ex. 30 |
| | 147 | Declaration of Horace Holt - Horace Holt Dep. Ex. 31 |
| | 148 | Email change with E. Oglesby re: Subpoena - Horace Holt Dep. Ex. 32 |
| | 149 | 02/13/2022 Email from Holt re: Police Incident Report - Horace Holt Dep. Ex. 33 |
| | 150 | 09/28/2021 Email from Wynn re: Lighting Report - Horace Holt Dep. Ex. 34 |
| | 151 | Email Chain with Aaron Block and Jeffrey Melcher re: Holt - Horace Holt Dep. Ex. 35 |
| | 152 | 12/22/2021 Email from Holt to Block Firm re: Retaliation - Horace Holt Dep. Ex. 36 |
| | 153 | 12/26/2021 Email from Holt to E. Oglesby re: Retaliation - Horace Holt Dep. Ex. 37 |
| | 154 | 12/27/2021 Email from A. Block to J. Melcher re: Holt Payment - Horace Holt Dep. Ex. 38 |
| | 155 | 01/06/2022 Email from E. Oglesby to A. Block and M. Marks re: Holt Retaliation - Horace Holt Dep. Ex. 39 |

| | | |
|---|---|---|
| 156 | 02/13/2022 Email from Holt re: Security document and statement - Horace Holt Dep. Ex. 40 | |
| 157 | 02/21/2022 Email from Wynn re: Termination Notice - Horace Holt Dep. Ex. 41 | |
| 158 | TPI Employment Application for McLester Tacharmne Latoya Wynn - Wynn Dep. Ex. 1 | |
| 159 | Job Description - Wynn Dep. Ex. 2 | |
| 160 | General Handbook Acknowledgement - Wynn Dep. Ex. 3 | |
| 161 | Transcript for Tacharmne Wynn - Wynn Dep. Ex. 4 | |
| 162 | 07/02/2020 Email - Wynn Dep. Ex. 5 | |
| 163 | 04/18/20 Email from Holt to Harris re: Report - Wynn Dep. Ex. 6 | |
| 164 | 03/10/20 Email from Holt to Harris re: Report - Wynn Dep. Ex. 7 | |
| 165 | 03/31/20 Email from Harris to Bonnie Gayner and Latoya Wynn re: Report - Wynn Dep. Ex. 8 | |
| 166 | Email from Latoya Wynn to Harris with EyeQ Monitoring Seven Courts Proposal attached - Wynn Dep. Ex. 9 | |
| 167 | 04/15/21 EyeQ Monitoring Statement of Work - Wynn Dep. Ex. 10 | |
| 168 | The Partnership, Inc.'s First Amended Answers to Plaintiff's First Set of Interrogatories; Seven Courts Community Rules & Regulations - Wynn Dep. Ex. 11 | |
| 169 | Mid-Month Checklist Seven Courts 05/17/20 - Wynn Dep. Ex. 12 | |
| 170 | Apartment Lease Contract 11/1/19 - Wynn Dep. Ex. 13 | |
| 171 | Resident Ledger 10/19/21 - Wynn Dep. Ex. 14 | |
| 172 | 10/1/20 TPI Notice to Cancel Holt Security Services - Wynn Dep. Ex. 15 | |
| 173 | 8/17/21 Email from Latoya Wynn to E. Zamora, R. Harris, and J. Etienne re: B23 reverse write off - Wynn Dep. Ex. 16 | |
| 174 | Email with Financials for July 2021 attached - Zamora Dep. Ex. 1 | |
| 176 | Email to Rodrick stating no cash available to pay Holt as of 12/21 - Zamora Dep. Ex. 3 | |
| 177 | Jacobs Response - Bruce Jacobs Dep. Ex. 1 | |
| 178 | Handwritten Notes - Bruce Jacobs Dep. Ex. 2 | |
| 179 | Police Report - Bruce Jacobs Dep. Ex. 3 | |
| 180 | Defendants Expert Report - Bruce Jacobs Dep. Ex. 4 | |
| 181 | Bruce Jacobs Perez Case Affidavit - Bruce Jacobs Dep. Ex. 5 | |
| 182 | Photographs - Elsa Diaz Dep. Ex. 1 | |
| 183 | Report of Anique Whitmore, LPC | |

| | |
|---|---|
| 184 | 911 Audio Recording |
| 185 | Documents detailing corporate organizational structure of Seven Courts Partners, L.P. |
| 186 | Deed of Seven Courts Apartments real property |
| 187 | Plaintiffs' Responses to TPI's Requests for Admissions |
| 188 | TPI's Responses to Plaintiffs' Requests for Admissions |
| 189 | Plaintiffs' Answers to TPI's Interrogatories |
| 190 | TPI's Answers to Plaintiffs' Interrogatories |
| 191 | Plaintiffs' Initial Disclosures |
| 192 | TPI's Initial Disclosures |
| 193 | Plaintiffs' Responses to TPI's Requests for Production |
| 194 | TPI's Responses to Plaintiffs' Requests for Production |

Respectfully submitted this 7th day of June, 2023.

*/s/ Jeffrey W. Melcher*
DICKINSON WRIGHT PLLC
Jeffrey W. Melcher
Georgia Bar No. 501180
424 Church Street, Ste. 800
Nashville, TN 37219
(615) 244-6538
jmelcher@dickinsonwright.com

FREEMAN MATHIS & GARY, LLP
Elissa B. Haynes
Georgia Bar No. 804466
P. Michael Freed
Georgia Bar No. 061128
100 Galleria Parkway, Ste. 1600
Atlanta, GA 30339
(770) 818-0000
elissa.haynes@fmglaw.com
michael.freed@fmglaw.com

*Attorneys for Defendant*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), undersigned counsel certifies that the foregoing was prepared in Times New Roman, 14 point font, in compliance with Local Rule 5.1(C).

        */s/ Jeffrey W. Melcher*
        Georgia Bar No. 501180
        *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 7th day of June, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

    By:  */s/ Jeffrey W. Melcher*
           Georgia Bar No. 501180

# PLAINTIFFS' OBJECTIONS TO DEFENDANT'S EXHIBITS

| Exhibit Number | Description | Plaintiffs' Objections |
|---|---|---|
| 177 | Jacobs Response - Bruce Jacobs Dep. Ex. 1 | Hearsay; may be used as a party admission |
| 178 | Handwritten Notes - Bruce Jacobs Dep. Ex. 2 | Hearsay; may be used as a party admission |
| 180 | Defendants Expert Report - Bruce Jacobs Dep. Ex. 4 | Hearsay; may be used as a party admission |
| 186 | Deed of Seven Courts Apartments real property | TPI has not identified where this document was produced during discovery; Irrelevant |
| 188 | TPI's Responses to Plaintiffs' Requests for Admissions | Does not exist: Plaintiffs did not serve requests for admission on TPI |
| 190 | TPI's Answers to Plaintiffs' Interrogatories | Hearsay; may be used as a party admission |
| 192 | TPI's Initial Disclosures | Hearsay; may be used as a party admission |
| 194 | TPI's Responses to Plaintiffs' Requests for Production | Hearsay; may be used as a party admission |